.COMPTON *vs.* PALFREY, SYNDIC, &C., AND SAUNDERS.

APPEAL FROM THE COURT OF THE FIFTH DISTRICT, FOR THE PARISH OF ST. MARY, THE JUDGE OF THE SIXTH PRESIDING.

A party cannot be heard, on his affidavit in the Supreme Court, asking to remand the case for a new trial, on the ground that he was absent, and had no counsel to represent him, when the cause was called for trial in the inferior court.

This is an action against the syndic of the creditors of Whiting & Co., and G. Y. Saunders, as surety, on an injunction bond, enjoining an execution of the plaintiff, which had been levied on a quantity of sugar, the property of his debtor, William Youngblood. The injunction was adjudged to have been wrongfully sued out, and was dissolved with damages.

WESTERN DIST.
September, 1840.

M'MILLIN
vs.
CARLIN.

This suit is instituted to recover of the plaintiffs and surety, in the injunction. There was no defence at the trial. The defendant, Saunders was absent, and none of his counsel appeared for him ; one having died, and the other promoted to the bench. There was judgment against the defendants, and Saunders appealed.

*Gibbons,* for the appellant, offered the affidavit of Saunders in this court, showing the facts of his absence at the time suit was called for trial, and his not being represented by counsel, praying that the cause be remanded for a new trial; alleging that great injustice had been done him.

*Maskell,* contra, insisted on the affirmance of the judgment.

*Garland, J.,* delivered the opinion of the court.

All the facts and circumstances in this case, being precisely similar to those in the case of Peuch, Bein & Co., against the same parties, just decided, *ante* 97, the court have, for the reasons stated in their opinion in that case, come to the same conclusions, and, therefore, affirm the judgment of the District Court, with costs.